

August 13, 2025

Philip Touitou

1251 Avenue of the Americas
37th Floor
New York, N.Y.  10020

D: 212 259 8740
philip.touitou@akerman.com

**By ECF**

Hon. Arun Subramanian, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

      Re:    Page v. Ellenoff Grossman & Schole LLP
                Case No. 1:25-cv-04792

Dear Judge Subramanian:

      We represent the defendants in the above-referenced action. We write to inform the Court of a prior action that was filed by plaintiff in the Southern District of New York involving essentially the same claims as this one. Contrary to the representation made by the plaintiff in his civil cover sheet in this action (ECF Doc. 2), in a prior case commenced in 2022, Page v. Ellenoff Grossman & Schole LLP, Case No. 1:22-cv-04453-VEC-JLC ("Page I"), the plaintiff asserted essentially the same claims based on the same alleged acts. The first amended complaint in Page I (ECF Doc. 21) was dismissed by Judge Caproni in an opinion and order dated July 28, 2023 (ECF Doc. 34) (the "Order"). Plaintiff appealed from the Order to the United States Court of Appeals for the Second Circuit, and on September 16, 2024, it was unanimously affirmed (ECF Doc. 71-1). The plaintiff thereafter petitioned the Court of Appeals seeking a panel rehearing, and on October 4, 2024, it was denied (ECF Doc. 76).

      On July 16, 2025, we wrote to the plaintiff, reminding him of Judge Caproni's Order and his obligations under Federal Rule of Civil Procedure 11, and urged him to withdraw his new complaint. A copy of our e-mail to the plaintiff and his response is enclosed. As it presently appears that the plaintiff intends to proceed with this action, we ask that the case be transferred to Judge Caproni.

      The defendants reserve all of their rights, claims and defenses, including but not limited to moving for the imposition of sanctions.

      Thank you for your consideration.

                            Respectfully yours,

                            AKERMAN LLP

                            *Philip Touitou*
                     By: _____
                            Philip Touitou

Encl.
PT/

cc:    **By E-Mail** (w/encl.)
       Joseph Page (jpage josephpage.com)

Plaintiff is ordered to show cause by September 3, 2025 why this case should not (1) be dismissed as relating to the same conduct at issue in the prior dismissed complaint or (2) reassigned to Judge Caproni as a related case. Defendants are ordered to email a copy of this order to plaintiff.

SO ORDERED.

*/s/ Arun Subramanian/*

Arun Subramanian, U.S.D.J.
Date: August 18, 2025

akerman.com

**Touitou, Philip (Ptnr-NY)**

---

**From:** jpage josephpage.com <jpage@josephpage.com>
**Sent:** Friday, July 25, 2025 2:45 PM
**To:** Touitou, Philip (Ptnr-NY)
**Subject:** RE: Page v. EGS, Case No. 1:25-cv-04792

**[External to Akerman]**

Page v. EGS, Case No. 1:25-cv-04792

Mr. Touitou,

Thank you for your recent communication regarding the newly filed case against Ellenoff et al. Please let me assure you that I have taken extensive efforts to understand Res Judicata and don't for a moment take my responsibilities under this important concept lightly.
But after careful consideration in view of my research, I have concluded that the newly filed case does not involve and matter that was already decided on the merits.
Of course, as you are highly unlikely to be impressed with my efforts in that regard, I imagine we will soon have opportunity to argue this point before the court.

On another matter, I thank you for identifying yourself as representative counsel for Defendant(s) in this matter. I hope then that you will accept service by acknowledgement in good faith to save expense and further burden the Court with unnecessary filings. Could you please confirm this is so? I thank you in advance for that. Failing a return response in 5 days, I'll have the Court issue the appropriate summons and have those brought forth in accordance with the rules.

Joseph Page

---

**From:** philip.touitou@akerman.com <philip.touitou@akerman.com>
**Sent:** Wednesday, July 16, 2025 11:55 AM
**To:** jpage josephpage.com <jpage@josephpage.com>
**Subject:** Page v. EGS, Case No. 1:25-cv-04792

Dear Mr. Page,

As you know, we represent Ellenoff Grossman & Schole LLP ("EGS"). It has come to our attention that on June 6, 2025, you filed a new complaint in the United States District Court for the Southern District of New York against EGS and others. Your new complaint essentially repeats the claims previously asserted in the first amended complaint in your prior action, <u>Page v. Ellenoff Grossman & Schole LLP</u>, Case No. 1:22-cv-04453-VEC-JLC, which was dismissed by the District Court in an opinion and order dated July 28, 2023 (attached). You appealed from that opinion and order, and the Court of Appeals for the Second Circuit unanimously affirmed the dismissal of your complaint in a summary order dated September 16, 2024 (also attached). You then petitioned the Court of Appeals for a panel rehearing and, by order dated October 4, 2024 (also attached), your petition was denied.

Rule 11 of the Federal Rules of Civil Procedure is applicable to your filings with the Court. A copy of it is attached for your reference. We refer you specifically to subsection (b). Your new complaint violates Rule 11 because, among other things, the claims asserted therein are essentially the same as those that were previously considered and dismissed. As such, the claims asserted by your new complaint are not warranted by existing law as determined in the prior action.

We strongly urge you to reconsider your compliance with Rule 11. If you do not promptly withdraw your new complaint, we will seek appropriate relief, including but not limited to an award of sanctions, costs and/or attorneys' fees against you.

My contact information is below if you wish to discuss this matter.

Sincerely yours,

PT

**Philip Touitou**
Partner
Akerman LLP | 1251 Avenue of the Americas, 37th Floor | New York, NY 10020
D: 212 259 8740 | T: 212 880 3800
philip.touitou@akerman.com


vCard | Profile


CONFIDENTIALITY NOTE: The information contained in this transmission may be privileged and confidential, and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

2